**FILED** APR 30 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL O'NEAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. N. WILLIAMS, et al.,<br><br>　　　　Defendant. | Case No. EDCV 11-0210-DMG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: April 27, 2012

_Dolly M. Gee_
Dolly M. Gee
United States District Judge